NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALPHATEC HOLDINGS, INC., ALPHATEC SPINE, INC.,**
*Appellants*

**v.**

**NUVASIVE, INC.,**
*Cross-Appellant*

---

2020-2245, 2020-2246, 2020-2247, 2020-2269

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00361, IPR2019-00362, IPR2019-00546.

---

## JUDGMENT

---

NIMALKA R. WICKRAMASEKERA, Winston & Strawn LLP, Los Angeles, CA, argued for appellants. Also represented by DAVID DALKE; BRIAN J. NISBET, Chicago, IL; EIMERIC REIG-PLESSIS, San Francisco, CA.

MICHAEL T. ROSATO, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, argued for cross-appellant. Also represented by SONJA ROCHELLE GERRARD, JAD ALLEN MILLS; RICHARD TORCZON, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2022    /s/ Peter R. Marksteiner
Date    Peter R. Marksteiner
    Clerk of Court